## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Williams, Letoya

Printed: 12/02/08

Case Number: 08 B 15701
Judge: Hollis, Pamela S
Filed: 6/18/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 20, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | AmTrust Bank | Secured | 0.00 | 0.00 |
| 2. | AmTrust Bank | Secured | 23,857.23 | 0.00 |
| 3. | Premier Bankcard | Unsecured | 68.97 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 165.79 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 59.24 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 29.03 | 0.00 |
| 7. | Nicor Gas | Unsecured | 99.11 | 0.00 |
| 8. | BMW Financial | Secured | | No Claim Filed |
| 9. | Dillard | Unsecured | | No Claim Filed |
| 10. | National Check Trust Inc | Unsecured | | No Claim Filed |
| 11. | National Check Trust Inc | Unsecured | | No Claim Filed |
| 12. | Sears | Unsecured | | No Claim Filed |
| 13. | BMW Financial | Unsecured | | No Claim Filed |
| 14. | Imagine | Unsecured | | No Claim Filed |
| | | | $ 24,279.37 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Williams, Letoya

Printed: 12/02/08

Case Number:  08 B 15701

Judge:  Hollis, Pamela S

Filed:  6/18/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

